# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**KIMBERLY M. COX,**

    Plaintiff,

vs.                                                   **CASE NO. 1:07CV236-MP/AK**

**MICHAEL J. ASTRUE,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court in the above entitled action is Defendant's Motion for Enlargement of Time. (Doc. 9). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have through **March 21, 2008**, to respond to the complaint in this cause.

**DONE AND ORDERED** this   *21st* day of February, 2008.

                                            *s/ A. KORNBLUM*
                                            **ALLAN KORNBLUM**
                                            **UNITED STATES MAGISTRATE JUDGE**