**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**KIMBERLY M. COX,**

     **Plaintiff,**

**vs.**                                               **CASE NO. 1:07CV236-MP/AK**

**MICHAEL J. ASTRUE,**

     **Defendant.**

_____/

**O R D E R**

Presently before the Court in the above entitled action is Defendant's Motion for Enlargement of Time to file a responsive memorandum.  (Doc. 16).  Having considered said motion, the court is of the opinion that it should be **GRANTED**, and Defendant shall have through **July 28, 2008**, to file the memorandum.

**DONE AND ORDERED** this  _**23rd**_ day of June, 2008.

_**s/ A. KORNBLUM**_
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**