IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KIMBERLY J COX,

    Plaintiff,

v.                                                                             CASE NO. 1:07-cv-00236-MP -AK

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 29, Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b)(1). The Commissioner has filed a response, Doc. 30, indicating that it does not have a specific objection to the amount of Plaintiff's request but requested a reasonableness inquiry. Although the amount is uncontested, the Court must still make an independent determination of the reasonableness of any fee awarded pursuant to § 406(b). *See Gisbrecht v. Barnhart*, 535 U.S. 789, 807-08, 122 S. Ct. 1817, 1828 (2002) (holding that courts may award a reasonable fee not to exceed twenty-five percent of past-due benefits and should consider the character of the representation and the results the representation achieved). Also, "the court may require the claimant's attorney to submit, not as a basis for satellite litigation, but as an aid to the court's assessment of the reasonableness of the fee yielded by the fee agreement, a record of the hours spent representing the claimant and a statement of the lawyer's normal

hourly billing charge for noncontingent-fee cases." *Id.* at 808, 122 S. Ct. at 1828. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Mr. Bacharach is ordered to submit to the Court a record of the hours spent representing the claimant and a statement of the lawyer's normal hourly billing charge for noncontingent-fee cases by February 22, 2011.

**DONE AND ORDERED** this *9th* day of February, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge